UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>JUAN BAUTISTA LABRADA-PADILLA,<br><br>　　　　　　　　　　　　Defendant. | Case No. 17CR2239-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☐　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☒　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960 – IMPORTATION OF METHAMPHETAMINE

Dated: 11/17/2017

Hon. Larry Alan Burns
United States District Judge